UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RICHARD STOLTZ,** | CASE NO. 1:11 CV 2666 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY ADMIN.,** | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | |

On November 9, 2012, Magistrate Judge Kenneth S. McHargh issued a Report and Recommendation ("R&R") finding that the final decision of the Commissioner of Social Security denying Plaintiff Richard Stoltz's application for Child's Insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 402, and Supplemental Security Income benefits under Title XVI of the Social Act, 42 U.S.C. § 1381 et seq. was not supported by substantial evidence. (Doc #: 20.) The Magistrate Judge recommends that the decision of the Commission be vacated and remanded to the Social Security Administration for further proceedings consistent with the R&R. (Id.)

On November 20, 2012, the Commissioner filed a response to the R&R stating that it will not be objecting to the Magistrate Judge's recommendation. (Doc #: 21.) Accordingly, the Court hereby **ADOPTS** the R&R in its entirety, **VACATES** the Commissioner's decision denying benefits to Plaintiff Richard Stoltz, and **REMANDS** the case to the Social Security Administration for further proceedings consistent with the R&R.

**IT IS SO ORDERED.**

 */s/ Dan A. Polster     November 21, 2012*
 **Dan Aaron Polster
 United States District Judge**